```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 39838
   GLORIA JEAN COOPER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5898

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 10/27/2004 and was confirmed 12/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.31%.

     The case was paid in full 02/19/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------
TRIAD FINANCIAL CORP    SECURED            8100.00             .00         8100.00
TRIAD FINANCIAL CORP    UNSECURED OTH      3800.00             .00          468.54
ROBERT J ADAMS & ASSOC  PRIORITY          NOT FILED            .00              .00
STERLING INC            UNSECURED OTH       719.13             .00           87.93
USA ONE CREDIT UNION    UNSECURED         NOT FILED            .00              .00
USA ONE CREDIT UNION    UNSECURED         NOT FILED            .00              .00
ROBERT J ADAMS & ASSOC  REIMBURSEMENT       194.00             .00          194.00
STERLING INC            SECURED NOT I         .00              .00              .00
ROBERT J ADAMS & ASSOC  DEBTOR ATTY        2,200.00                        2,200.00
TOM VAUGHN              TRUSTEE                                              649.53
DEBTOR REFUND           REFUND                                               350.00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                12,050.00

PRIORITY                                         194.00
SECURED                                        8,100.00
UNSECURED                                        556.47
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             649.53
DEBTOR REFUND                                    350.00
                       ---------------      ---------------
TOTALS                 12,050.00               12,050.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 39838 GLORIA JEAN COOPER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 05/28/08                     /s/ Tom Vaughn
                                                     _____
                                                     TOM VAUGHN
                                                     CHAPTER 13 TRUSTEE